+UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

United States of America,

                    Government

-against-

Sherrod Williams

                    Defendant(s)
-----------------------------------------------------------------X

**MEMORANDUM**

FILENAME - P:\CRD FORMS\MEMO TO DOCKET (Rev. 3/09)

Judge : **Paul E. Davison, U.S.M.J**

Case Number: 19Cr.712    KMK

Honorable Kenneth M. Karas, United States District Judge

     On <u>October 7, 2019</u>, a Rule11 allocution was taken on consent of all parties before me pursuant to your Honor's reference. Please find attached hereto the transcript of the proceeding which sets forth my Report and Recommendation for your consideration. If I can be of any further assistance in this matter I would be pleased to do so.

Dated: 10/28/2019
White Plains, New York

Respectfully Submitted,

Paul E. Davison, USMJ