Case 7:19-cr-00712-KMK    Document 22    Filed 11/25/24    Page 1 of 1

**JOSEPH A. VITA**
**ATTORNEY AT LAW**
52 Irenhyl Avenue
Port Chester, New York 10573
Telephone 914-939-5401
Fax 914-937-3950
Email Joev63542@aol.com

VIA ECF

November 25, 2024

Hon. Kenneth M. Karas
United States District Court Judge
Southern District of New York
United States District Court
300 Quarropas Street
White Plains, New York 10601

Re: USA v. Sherrod Williams; 19 Cr. 712 (KMK)

Dear Judge Karas:

    As a follow-up to the proceedings in Court today regarding probation's non-compliance report, I am requesting that the Court reassign me as CJA counsel for Sherrod Williams with a nunc pro tunc date of November 12, 2024.

    Thank you for considering this request.

Respectfully submitted,

/S/ Joseph A. Vita

Joseph A. Vita

Granted.
So Ordered.
[signature]
11/25/24